UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY )<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFREY SURPRENANT, JILL )<br>SUPRENANT, JAMES MOSELEY, )<br>TABITHA MOSELEY, *As Guardian Ad* )<br>*Litem for K.M.* and TABITHA MOSELEY )<br>*Individually* )<br>Defendant. ) | **JUDGMENT**<br><br>No. 7:17-CV-96-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion for summary judgment and plaintiff's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 27, 2018, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is denied and plaintiff's motion for summary judgment is granted. The court ADJUDGES AND DECLARES that Homeowner Defendants' Insurance Policy provides no coverage for the claims asserted by the defendants, as such policy is void and unenforceable under North Carolina law with respect to defendants' claims.

**This Judgment Filed and Entered on September 27, 2018, and Copies To:**

George L. Simpson, IV (via CM/ECF Notice of Electronic Filing)
Julia C. Olson-Boseman (via CM/ECF Notice of Electronic Filing)
Bradley A. Coxe (via CM/ECF Notice of Electronic Filing)

September 27, 2018            PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                              (By) Sandra K. Collins, Deputy Clerk